IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

DON PRESCOTT, Individually,
And on behalf of himself and other similarly
Situated current and former employees,

    Plaintiff,

v.                                                  Case No. 2:23-cv-2002-MSN-atc
                                                    JURY DEMAND

ESTES HOLDINGS, LLC,
RONALD CRAIG ESTES, and
CHRISTY ESTES,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed January 3, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal with Prejudice (ECF No. 13), filed June 2, 2023, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 02, 2023
Date